IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

RAUL PACHECO/ISRAEL PACHECO, AS §
GUARDIAN OF THE ESTATE OF RAUL §
PACHECO §
§
§
Plaintiff §
§
VS. § CIVIL NO. 1-08-CV-00187-SS
§
DIBCO UNDERGROUND, INC. AND §
DIBCO UNDERGROUND LIMITED §
§
Defendants §

## ORDER

On this the 28 day of Feb., 2009, came on to be heard Plaintiffs' Motion for Leave to File Second Amended Complaint.

The Court concludes that such Motion is meritorious and leave is granted for Plaintiffs to file their Second Amended Complaint and the Clerk is ordered to file such Complaint.

SIGNED this the 28 day of Feb., 2009.

JUDGE SAM SPARKS