IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED 2009 MAR -3 AM 9:51
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| RAUL PACHECO/ISRAEL PACHECO, AS § <br> GUARDIAN OF THE ESTATE OF RAUL § <br> PACHECO § <br> § <br> Plaintiff § <br> § <br> VS. § <br> § <br> DIBCO UNDERGROUND, INC. AND § <br> DIBCO UNDERGROUND LIMITED § <br> § <br> Defendants § | CIVIL NO. 1-08-CV-00187-SS |

## ORDER

On this 28th day of Feb, 2009, came on to be heard Plaintiffs' Motion for Leave to File Plaintiffs' Response to Dibco Underground, Inc.'s Post Submission Evidence in Support of its Motion for Summary Judgment and Post Submission Argument and Dibco Underground, Ltd.'s Brief in Support of Dibco Underground, Inc.'s Motion for Summary Judgment, and it appearing to the Court that said Motion should be granted.

It is, therefore, ORDERED that the Clerk of this Court shall file Plaintiffs' Motion for Leave to File Plaintiffs' Response to Dibco Underground, Inc.'s Post Submission Evidence in Support of its Motion for Summary Judgment and Post Submission Argument and Dibco Underground, Ltd.'s Brief in Support of Dibco Underground, Inc.'s Motion for Summary Judgment.

SIGNED this the 28th day of Feb, 2009.

_____
JUDGE SAM SPARKS